**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **MONET WILLIAMS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **05-4157-JLF** |
| | ) | |
| **WALTER WENDLER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

The motion of Defendants Walter Wendler, Terry Huffman, Nancy Hunter-Pei and the Board of Trustees of Southern Illinois University for additional time to plead (Doc. 48) is **GRANTED**. Defendants have until March 24, 2006, to answer, file motions (including, but not limited to motions under Rule 12 of the Federal Rules of Civil Procedure), or otherwise plead in response to Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED.**
**DATED:** March 8, 2006.

**s/ James L. Foreman**
**DISTRICT JUDGE**