UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONET WILLIAMS et al., <br><br> Plaintiffs, <br><br> v. <br><br> WALTER V. WENDLER et al., <br><br> Defendants. | Case No. 05-cv-4157-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon a motion to dismiss and a motion for summary judgment, and the Court having rendered its decisions,

**IT IS ORDERED AND ADJUDGED** that Counts II, III, and IV by the plaintiffs Monet Williams, Tequeira Johnson, and Nakia Collins, against defendants Walter Wendler, individually and in his official capacity as Chancellor, Southern Illinois University Carbondale, Terry Huffman, individually and in his official capacity as Coordinator for the Office of Student Judicial Affairs, Southern Illinois University Carbondale, Khamisi Grace, individually and in her official capacity as a Hearing Officer for the Office of Student Judicial Affairs, Southern Illinois University Carbondale, Nancy Hunter Pei, individually and in her official capacity as Assistant to the Vice Chancellor for Student Affairs, Southern Illinois University Carbondale, Southern Illinois University, through its Board of Trustees, and Chuck Leonard, individually and in his official capacity as a police officer, Souther Illinois University Police, in this case are **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendants Walter Wendler, individually and in his official capacity as Chancellor, Southern Illinois University Carbondale, Terry Huffman, individually and in his official capacity as Coordinator for the Office of Student Judicial Affairs, Southern Illinois University Carbondale, Khamisi Grace, individually and in her official capacity as a Hearing Officer for the Office of Student Judicial Affairs, Southern Illinois University Carbondale, Nancy Hunter Pei, individually and in her official capacity as Assistant to the Vice Chancellor for Student Affairs, Southern Illinois University Carbondale, Southern Illinois University, through its Board of Trustees, and Chuck Leonard, individually and in his official capacity as a police officer, Souther Illinois University Police, and against plaintiffs Monet Williams, Tequeira Johnson, and Nakia Collins.

**DATED: August 23, 2007.**

NORBERT G. JAWORSKI, CLERK

By:  s/Vicki Lynn McGuire
**Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
          **J. PHIL GILBERT**
          **U.S. District Judge**